**No. 10-7464. Clifton Thomas Talley, Petitioner v. United States.**

562 U.S. 1117, 131 S. Ct. 841, 178 L. Ed. 2d 572, 2010 U.S. LEXIS 9820.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 392 Fed. Appx. 129.

**No. 10-7467. Emilio Jose Saenz, Petitioner v. United States.**

562 U.S. 1117, 131 S. Ct. 842, 178 L. Ed. 2d 572, 2010 U.S. LEXIS 9687.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 10-7472. Eliezer Rosa-Carino, Petitioner v. United States.**

562 U.S. 1117, 131 S. Ct. 842, 178 L. Ed. 2d 572, 2010 U.S. LEXIS 9742.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 615 F.3d 75.

**No. 10-7473. Arnaldo Antonio Cruz-Negron, Petitioner v. United States.**

562 U.S. 1117, 131 S. Ct. 842, 178 L. Ed. 2d 572, 2010 U.S. LEXIS 9688.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-7474. Lucio Contreras-Vieras, Petitioner v. United States.**

562 U.S. 1117, 131 S. Ct. 842, 178 L. Ed. 2d 572, 2010 U.S. LEXIS 9660.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 390 Fed. Appx. 831.

**No. 10-7475. Antonio Collins, Petitioner v. United States.**

562 U.S. 1117, 131 S. Ct. 842, 178 L. Ed. 2d 572, 2010 U.S. LEXIS 9707.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 390 Fed. Appx. 273.

**No. 10-7477. Samuel Diaz-Dumenigo, Petitioner v. United States.**

562 U.S. 1117, 131 S. Ct. 842, 178 L. Ed. 2d 572, 2010 U.S. LEXIS 9696.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 615 F.3d 75.

**No. 10-7480. Randell L. McKoy, Petitioner v. United States.**

562 U.S. 1117, 131 S. Ct. 843, 178 L. Ed. 2d 572, 2010 U.S. LEXIS 9655.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 396 Fed. Appx. 991.